**Larry Eugene SMITH, Jr.,
Plaintiff–Appellant,**

v.

**Barbara POHLMAN, Dr., in her individual capacity; Paula Smith, Dr., in her individual capacity; George E. Currie, in his individual capacity, Defendants–Appellees.**

**No. 03–6879.**

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 28, 2003.

Decided Sept. 8, 2003.

Larry Eugene Smith, Jr., Appellant Pro Se. James Philip Allen, Office of the Attorney General of North Carolina, Raleigh, North Carolina, for Appellees.

Before NIEMEYER and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Larry Eugene Smith, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Smith v. Pohlman,* No. CA–01–759–5–H (E.D.N.C. filed Nov. 19, 2002 & entered Nov. 20, 2002; Jan. 31, 2003). We also deny Smith's motion for appointment of counsel as well as his motion for costs. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*